# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

131297

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

E. R. ZEILER EXCAVATING, INC.,
      Plaintiff-Appellee,

v

VALENTI TROBEC CHANDLER, INC.,
      Defendant,

and

NAS SURETY GROUP a/k/a NORTH
AMERICAN SPECIALTY INSURANCE,
      Defendant-Appellant,

and

DOMA PROPERTIES LIMITED PARTNERSHIP,
      Defendant-Appellee.

SC: 131297
COA: 257447
Monroe CC: 04-017485-CK

_____/

On order of the Court, the application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

s0319